In re:                                                          Case No. 18-02960-JJT
John A Semicek                                                  Chapter 13
Linda L Semicek
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-4        User: JGoodling        Page 1 of 2        Date Rcvd: Aug 16, 2018
                           Form ID: ntnew341       Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
```
db/jdb       +John A Semicek,    Linda L Semicek,    271 West Mountain Road,    Paxinos, PA 17860-7051
5084950      +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 1190,
               Harrisburg, Pennsylvania 17101-1722
5084951      +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
5084952      +CABELAS WFB,    4800 NW 1ST STREET,    SUITE 300,    LINCOLN, NE 68521-4463
5084955      +CHASE,   P.O. BOX 15298,    WILMINGTON, DE 19850-5298
5084954      +Central Penn GI Associates,    90 Medical Park Drive,    Lewisburg, PA 17837-6343
5084958      +Evangelical Community Hospital,    P.O. Box 70858,    Philadelphia, PA 19176-5858
5084959      +Geisinger Health System,    P.O. Box 11969,    Newark, NJ 07101-4969
5084964       MSHMC Physicians Group,    PO Box 854,    Hershey, Pennsylvania 17033-0854
5084962      +Mid Penn Anaesthesia PC,    P.O. Box 8002,    Salem, NH 03079-8002
5084963       Milton S. Hershey Medical Ce,    P.O. Box 643291,    Pittsburgh, Pennsylvania 15264-3291
5084965      +Office of Attorney General,    Financial Enforcement Section, Strawberr,
               Harrisburg, Pennsylvania 17120-0001
5084968      +Rockefeller Township Tax Collection,    538 Seven Points Rd,    Sunbury, PA 17801-7088
5084969      +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
5084970      +SUNOCO/CITI,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5084975      +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
               Washington, District of Columbia 20044-0227
5084976       United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5084953      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2018 19:26:38     CAPITAL ONE,
               PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5095274       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2018 19:26:14
               Capital One Bank (USA)., N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5084956       E-mail/Text: mrdiscen@discover.com Aug 16 2018 19:24:57     Discover Financial,    PO Box 15316,
               Wilmington, Delaware 19850
5084957      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 16 2018 19:25:04     DITECH,    PO BOX 6172,
               RAPID CITY, SD 57709-6172
5084961       E-mail/Text: cio.bncmail@irs.gov Aug 16 2018 19:25:01     Internal Revenue Service,
               Centralized Insolvency , Operations, P.O,    Philadelphia, Pennsylvania 19114-0326
5084966      +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Aug 16 2018 19:25:18     Office of the U.S. Trustee,
               228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
5084967       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 19:25:13     PA Department of Revenue,
               Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
5085380      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 19:37:40
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5084971      +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 19:26:38     SYNCB/CARECR,   C/O PO BOX 965036,
               ORLANDO, FL 32896-0001
5084972      +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 19:26:38     SYNCB/EVINE,    PO BOX 965005,
               ORLANDO, FL 32896-5005
5084973      +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 19:26:38     SYNCB/JCP DC,    PO BOX 965007,
               ORLANDO, FL 32896-5007
5084974      +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 19:26:14     SYNCB/LOWES,    PO BOX 956005,
               ORLANDO, FL 32896-0001
                                                                                        TOTAL: 12
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5084960*      Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          John Matthew Hyams   on behalf of Debtor 1 John A Semicek jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          John Matthew Hyams   on behalf of Debtor 2 Linda L Semicek jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John A Semicek,

**Debtor 1**

Linda L Semicek,

**Debtor 2**

Chapter      13

Case No.      4:18–bk–02960–JJT

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: September 20, 2018<br><br>Time: 09:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes–Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570–831–2500/717–901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 16, 2018 |

ntnew341 (04/18)