| Federal Filing | Married | Res State PA | | PA Exemptions | 3 | PA Additional | |
|---|---|---|---|---|---|---|---|
| Fed Exempts | 3 | Work State PA | | | | | |
| Fed Additional | | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 10097 | $1,852.69 | $2,166.83 | $1,852.69 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 23.0000 | 72.00 | 1,656.00 | 928.00 | 21,344.00 | SOC SEC EE | 114.08 | 1,391.52 | | | |
| Miles NT | | 0.00 | 326.83 | 0.00 | 3,776.74 | MED EE | 26.68 | 325.44 | | | |
| Holiday | 23.0000 | 8.00 | 184.00 | 24.00 | 552.00 | FEDERAL WH | 95.38 | 1,237.73 | | | |
| Comm 1 | | 0.00 | 0.00 | 0.00 | 363.95 | PENNSYLVANIA W | 56.49 | 689.05 | | | |
| Vacation | | 0.00 | 0.00 | 8.00 | 184.00 | SHAMOKIN | 18.40 | 224.44 | | | |
| | | | | | | PENNSYLVANIA SU | 1.11 | 13.47 | | | |
| | | | | | | SHAMOKIN LST | 2.00 | 24.00 | | | |
| Total: | | 80.00 | 2,166.83 | 960.00 | 26,220.69 | Total: | 314.14 | 3,905.65 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: 0.00 | Balance | 80.00 | |
| Sick | Accrued: | 0.0000 | Taken: 0.00 | Balance | 24.00 | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Federal Filing | Married | Res State PA | | PA Exemptions | 3 | PA Additional | |
| Fed Exempts | 3 | Work State PA | | | | | |
| Fed Additional | | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 10101 | $1,852.70 | $2,166.83 | $1,852.70 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 23.0000 | 80.00 | 1,840.00 | 1,008.00 | 23,184.00 | SOC SEC EE | 114.08 | 1,505.60 | | | |
| Miles NT | | 0.00 | 326.83 | 0.00 | 4,103.57 | MED EE | 26.68 | 352.12 | | | |
| Comm 1 | | 0.00 | 0.00 | 0.00 | 363.95 | FEDERAL WH | 95.38 | 1,333.11 | | | |
| Vacation | | 0.00 | 0.00 | 8.00 | 184.00 | PENNSYLVANIA W | 56.49 | 745.54 | | | |
| Holiday | | 0.00 | 0.00 | 24.00 | 552.00 | SHAMOKIN | 18.40 | 242.84 | | | |
| | | | | | | PENNSYLVANIA SU | 1.10 | 14.57 | | | |
| | | | | | | SHAMOKIN LST | 2.00 | 26.00 | | | |
| Total: | | 80.00 | 2,166.83 | 1,040.00 | 28,387.52 | Total: | 314.13 | 4,219.78 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: 0.00 | Balance | 80.00 | |
| Sick | Accrued: | 0.0000 | Taken: 0.00 | Balance | 24.00 | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Federal Filing | Married | Res State PA | | | PA Exemptions | 3 | PA Additional | |
| Fed Exempts | 3 | Work State PA | | | | | | |
| Fed Additional | | | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 10105 | $1,896.07 | $2,210.20 | $1,896.07 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 23.0000 | 80.00 | 1,840.00 | 1,088.00 | 25,024.00 | SOC SEC EE | 114.08 | 1,619.68 | | | |
| Miles NT | | 0.00 | 370.20 | 0.00 | 4,473.77 | MED EE | 26.68 | 378.80 | | | |
| Comm 1 | | 0.00 | 0.00 | 0.00 | 363.95 | FEDERAL WH | 95.38 | 1,428.49 | | | |
| Vacation | | 0.00 | 0.00 | 8.00 | 184.00 | PENNSYLVANIA W | 56.49 | 802.03 | | | |
| Holiday | | 0.00 | 0.00 | 24.00 | 552.00 | SHAMOKIN | 18.40 | 261.24 | | | |
| | | | | | | PENNSYLVANIA SU | 1.10 | 15.67 | | | |
| | | | | | | SHAMOKIN LST | 2.00 | 28.00 | | | |
| Total: | | 80.00 | 2,210.20 | 1,120.00 | 30,597.72 | Total: | 314.13 | 4,533.91 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: 0.00 | Balance | 80.00 | |
| Sick | Accrued: | 0.0000 | Taken: 0.00 | Balance | 24.00 | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼