```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 18-02960-JJT
John A Semicek                                                      Chapter 13
Linda L Semicek
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-4          User: AGarner              Page 1 of 2        Date Rcvd: Sep 24, 2018
                              Form ID: ntcnfhrg          Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
```
db/jdb         +John A Semicek,    Linda L Semicek,    271 West Mountain Road,    Paxinos, PA 17860-7051
5084950        +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 1190,
                 Harrisburg, Pennsylvania 17101-1722
5084951        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
5084952        +CABELAS WFB,   4800 NW 1ST STREET,    SUITE 300,    LINCOLN, NE 68521-4463
5099895         CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
5084955        +CHASE,   P.O. BOX 15298,    WILMINGTON, DE 19850-5298
5084954        +Central Penn GI Associates,    90 Medical Park Drive,    Lewisburg, PA 17837-6343
5084958        +Evangelical Community Hospital,    P.O. Box 70858,    Philadelphia, PA 19176-5858
5084959        +Geisinger Health System,    P.O. Box 11969,    Newark, NJ 07101-4969
5084964         MSHMC Physicians Group,    PO Box 854,    Hershey, Pennsylvania 17033-0854
5084962        +Mid Penn Anaesthesia PC,    P.O. Box 8002,    Salem, NH 03079-8002
5084963         Milton S. Hershey Medical Ce,    P.O. Box 643291,    Pittsburgh, Pennsylvania 15264-3291
5084965        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                 Harrisburg, Pennsylvania 17120-0001
5084968        +Rockefeller Township Tax Collection,    538 Seven Points Rd,    Sunbury, PA 17801-7088
5084969        +SEARS/CBNA,    PO BOX 6282,   SIOUX FALLS, SD 57117-6282
5084970        +SUNOCO/CITI,    PO BOX 6497,   SIOUX FALLS, SD 57117-6497
5084975        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                 Washington, District of Columbia 20044-0227
5084976         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5084953        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2018 19:34:40      CAPITAL ONE,
                 PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5095274         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2018 19:34:41
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5084956         E-mail/Text: mrdiscen@discover.com Sep 24 2018 19:20:39      Discover Financial,    PO Box 15316,
                 Wilmington, Delaware 19850
5084957        +E-mail/Text: bankruptcy.bnc@ditech.com Sep 24 2018 19:20:53      DITECH,    PO BOX 6172,
                 RAPID CITY, SD 57709-6172
5084961         E-mail/Text: cio.bncmail@irs.gov Sep 24 2018 19:20:50      Internal Revenue Service,
                 Centralized Insolvency , Operations, P.O,    Philadelphia, Pennsylvania 19114-0326
5099226        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2018 19:21:13      Midland Funding, LLC,
                 Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5084966        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 24 2018 19:21:14      Office of the U.S. Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
5084967         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2018 19:21:09      PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
5099633         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2018 19:34:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5085380        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2018 19:45:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5084971        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:33:42      SYNCB/CARECR,    C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
5084972        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:34:38      SYNCB/EVINE,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
5084973        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:34:38      SYNCB/JCP DC,    PO BOX 965007,
                 ORLANDO, FL 32896-5007
5084974        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:33:42      SYNCB/LOWES,    PO BOX 956005,
                 ORLANDO, FL 32896-0001
5108873        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2018 19:33:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
5107768         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 24 2018 19:35:00      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5084960*        Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 1 John A Semicek jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          John Matthew Hyams    on behalf of Debtor 2 Linda L Semicek jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John A Semicek,
    **Debtor 1**

Linda L Semicek,
    **Debtor 2**

Chapter 13

Case No. 4:18−bk−02960−JJT

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **October 26, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court<br>Penn State Law School,<br>Apfelbaum Courtroom, Room 110,<br>Lewis Katz Building, Bigler Road,<br>University Park, PA 16802 | Date: November 2, 2018<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 24, 2018 |

ntcnfhrg (03/18)