UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN A SEMICEK<br>LINDA L SEMICEK | CASE NO: 18-02960<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/23/2019, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2019

/s/ John M. Hyams
John M. Hyams  87327
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102
717 520 0300

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN A SEMICEK
LINDA L SEMICEK

CASE NO: 18-02960

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/23/2019, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. Second St. Suite 203
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03144
CASE 4-18-BK-02960-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT
TUE APR 23 13-28-47 EDT 2019

ANNE K FIORENZA ESQ ASSISTANT US TR
228 WALNUT STREET ROOM 1190
HARRISBURG PENNSYLVANIA 17101-1722

BUREAU OF EMPLOYER TAX OPER
PO BOX 68568
HARRISBURG PENNSYLVANIA 17106-8568

CABELAS WFB
4800 NW 1ST STREET
SUITE 300
LINCOLN NE 68521-4463

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130-0281

CAPITAL ONE BANK USA NA    CABELAS
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CHASE
PO BOX 15298
WILMINGTON DE 19850-5298

CAPITAL ONE BANK USA NA CABELAS CLUB VISA
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CENTRAL PENN GI ASSOCIATES
90 MEDICAL PARK DRIVE
LEWISBURG PA 17837-6343

DITECH
PO BOX 6172
RAPID CITY SD 57709-6172

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DITECH FINANCIAL LLC
PO BOX 6154
RAPID CITY SD 57709-6154

EVANGELICAL COMMUNITY HOSPITAL
PO BOX 70858
PHILADELPHIA PA 19176-5858

GEISINGER HEALTH SYSTEM
PO BOX 11969
NEWARK NJ 07101-4969

~~EXCLUDE~~
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG PA 17102-2151~~

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY   OPERATIONS PO
PHILADELPHIA PENNSYLVANIA 19114-0326

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PENNSYLVANIA 19101-7346

MSHMC PHYSICIANS GROUP
PO BOX 854
HERSHEY PENNSYLVANIA 17033-0854

MID PENN ANAESTHESIA PC
PO BOX 8002
SALEM NH 03079-8002

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT INC
AS AGENT FOR MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

MILTON S HERSHEY MEDICAL CE
PO BOX 643291
PITTSBURGH PENNSYLVANIA 15264-3291

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
STRAWBERR
HARRISBURG PENNSYLVANIA 17120-0001

~~EXCLUDE~~
~~OFFICE OF THE US TRUSTEE~~
~~228 WALNUT STREET ROOM 1190~~
~~HARRISBURG PENNSYLVANIA 17101-1722~~

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTN BANKRUPTCY DIVI
HARRISBURG PENNSYLVANIA 17128-0946

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ROCKEFELLER TOWNSHIP TAX COLLECTION<br>538 SEVEN POINTS RD<br>SUNBURY PA 17801-7088 | SEARSCBNA<br>PO BOX 6282<br>SIOUX FALLS SD 57117-6282 |
| SUNOCOCITI<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | SYNCBCARECR<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 | SYNCBEVINE<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| SYNCBJCP DC<br>PO BOX 965007<br>ORLANDO FL 32896-5007 | SYNCBLOWES<br>PO BOX 956005<br>ORLANDO FL 32896-0001 | ~~EXCLUDE~~<br>~~JOHN A SEMICEK~~<br>~~271 WEST MOUNTAIN ROAD~~<br>~~PAXINOS PA 17860-7051~~ |
| ~~EXCLUDE~~<br>~~LINDA L SEMICEK~~<br>~~271 WEST MOUNTAIN ROAD~~<br>~~PAXINOS PA 17860-7051~~ | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | US DEPARTMENT OF JUSTICE<br>PO BOX 227 BEN FRANKLING STATION<br>WASHINGTON DISTRICT OF COLUMBIA 20044<br>-0227 |
| UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PENNSYLVANIA 17108-1754 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~228 WALNUT STREET SUITE 1190~~<br>~~HARRISBURG PA 17101-1722~~ | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 |
| JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | | |