United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
John A Semicek  
Linda L Semicek  
     Debtors

Case No. 18-02960-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke     Page 1 of 1     Date Rcvd: Jan 21, 2020  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5112319          E-mail/Text: bankruptcy.bnc@ditech.com Jan 21 2020 19:19:04       Ditech Financial LLC,  
         P.O. Box 6154,    Rapid City, SD 57709-6154  
                                                                                                                                                                        TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2020 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         John Matthew Hyams    on behalf of Debtor 1 John A Semicek jmh@johnhyamslaw.com,  
         acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com  
         John Matthew Hyams    on behalf of Debtor 2 Linda L Semicek jmh@johnhyamslaw.com,  
         acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                              TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:18-bk-02960-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John A Semicek<br>271 West Mountain Road<br>Paxinos PA 17860 | Linda L Semicek<br>271 West Mountain Road<br>Paxinos PA 17860 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/20/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826<br>New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/23/20

Terrence S. Miller
**CLERK OF THE COURT**