# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>John A. Semicek<br>Linda L. Semicek<br><br>Debtor(s) | Case No.: 18-02960 NJC<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in relation to a claim secured by real property commonly known as 271 West Mountain Road, Paxinos, PA 17860 and identified by account number ******0-697 .

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com

Dated: January 31, 2022

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John A. Semicek<br>Linda L. Semicek<br><br>Debtor(s) | Case No.: 18-02960 NJC<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on January 31, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

### Parties served via Electronic Notification:

| | |
|---|---|
| Jack N. Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown PA 17036<br>dcook@pamd13trustee.com<br>Trustee | John Matthew Hyams, Esquire<br>2023 N. 2nd Street<br>Harrisburg, PA 17102<br>jmh@johnhyamslaw.com<br>Attorney for Debtor/Debtors |

### Parties served via First-Class Mail:

| | |
|---|---|
| John A. Semicek<br>271 West Mountain Road<br>Paxinos PA 17860<br>Debtor | Linda L. Semicek<br>271 West Mountain Road<br>Paxinos, PA 17860<br>Debtor |

Dated: January 31, 2022

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant