Certificate Number: 06531-PAM-DE-037729205

Bankruptcy Case Number: 18-02960



06531-PAM-DE-037729205

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 1, 2023</u>, at <u>1:35</u> o'clock <u>PM CDT</u>, <u>John A Semicek</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 1, 2023</u>　　　By: <u>/s/Luis Gonzalez Guillen</u>

　　　　　　　　　　　　　　　　Name: <u>Luis Gonzalez Guillen</u>

　　　　　　　　　　　　　　　　Title: <u>Certified Credit Counselor</u>