Certificate Number: 06531-PAM-DE-037729201

Bankruptcy Case Number: 18-02960



06531-PAM-DE-037729201

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2023, at 1:35 o'clock PM CDT, Linda L Semicek completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 1, 2023

By: /s/Luis Gonzalez Guillen

Name: Luis Gonzalez Guillen

Title: Certified Credit Counselor