United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-02960-MJC
John A Semicek  Chapter 13
Linda L Semicek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 15, 2024     Form ID: 3180W     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John A Semicek, Linda L Semicek, 271 West Mountain Road, Paxinos, PA 17860-7051 |
| 5084950 | + | Anne K. Fiorenza, Esq, Assistant U.S. Tr, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 5457639 | + | Attorneys for BARCLAYS MORTGAGE TRUST, 2021-NPL1, MORTGAGE-BACKED, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 5084954 | + | Central Penn GI Associates, 90 Medical Park Drive, Lewisburg, PA 17837-6343 |
| 5084957 | | DITECH, PO BOX 6172, RAPID CITY, SD 57709 |
| 5112319 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 5084958 | + | Evangelical Community Hospital, P.O. Box 70858, Philadelphia, PA 19176-5858 |
| 5084959 | + | Geisinger Health System, P.O. Box 11969, Newark, NJ 07101-4969 |
| 5084964 | | MSHMC Physicians Group, PO Box 854, Hershey, Pennsylvania 17033-0854 |
| 5084962 | + | Mid Penn Anaesthesia PC, P.O. Box 8002, Salem, NH 03079-8002 |
| 5084963 | | Milton S. Hershey Medical Ce, P.O. Box 643291, Pittsburgh, Pennsylvania 15264-3291 |
| 5084968 | + | Rockefeller Township Tax Collection, 538 Seven Points Rd, Sunbury, PA 17801-7088 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Jul 15 2024 22:40:00 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AIS.COM | Jul 15 2024 22:40:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5084952 | + | EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | CABELAS WFB, 4800 NW 1ST STREET, SUITE 300, LINCOLN, NE 68521-4463 |
| 5084953 | + | EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5099895 | + | EDI: AIS.COM | Jul 15 2024 22:40:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5095274 | | EDI: CAPITALONE.COM | Jul 15 2024 22:40:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5084951 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 15 2024 18:40:00 | Bureau of Employer Tax Oper, PO Box 68568, Harrisburg, Pennsylvania 17106 |
| 5084956 | | EDI: DISCOVER | Jul 15 2024 22:40:00 | Discover Financial, PO Box 15316, Wilmington, Delaware 19850 |
| 5084961 | | EDI: IRS.COM | Jul 15 2024 22:40:00 | Internal Revenue Service, Centralized Insolvency , Operations, P.O, Philadelphia, Pennsylvania 19114-0326 |
| 5084955 | | EDI: JPMORGANCHASE | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 15 2024 22:40:00 | CHASE, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 5099226 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2024 18:41:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5292372 | | Email/Text: mtgbk@shellpointmtg.com | Jul 15 2024 18:40:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5292371 | | Email/Text: mtgbk@shellpointmtg.com | Jul 15 2024 18:40:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5084966 | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Jul 15 2024 18:41:00 | Office of the U.S. Trustee, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 5084967 | | EDI: PENNDEPTREV | Jul 15 2024 22:40:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 5084967 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2024 18:41:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 5084965 | | Email/Text: fesbank@attorneygeneral.gov | Jul 15 2024 18:40:00 | Office of Attorney General, Financial Enforcement Section, Strawberr, Harrisburg, Pennsylvania 17120 |
| 5099633 | | EDI: PRA.COM | Jul 15 2024 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5085380 | + | EDI: PRA.COM | Jul 15 2024 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5084969 | + | EDI: CITICORP | Jul 15 2024 22:40:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 5084970 | + | EDI: CITICORP | Jul 15 2024 22:40:00 | SUNOCO/CITI, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5084971 | + | EDI: SYNC | Jul 15 2024 22:40:00 | SYNCB/CARECR, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 5084972 | + | EDI: SYNC | Jul 15 2024 22:40:00 | SYNCB/EVINE, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5084973 | + | EDI: SYNC | Jul 15 2024 22:40:00 | SYNCB/JCP DC, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 5084974 | + | EDI: SYNC | Jul 15 2024 22:40:00 | SYNCB/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 5108873 | + | EDI: AIS.COM | Jul 15 2024 22:40:00 | Synchrony Bank, by AIS Infosourse, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5084975 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jul 15 2024 18:40:00 | U.S. Department of Justice, PO Box 227, Ben Frankling Station, Washington, District of Columbia 20044 |
| 5627264 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 15 2024 18:40:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, U.S. Bank National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5627263 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 15 2024 18:40:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5084976 | ^ | MEBN | Jul 15 2024 18:36:48 | United States Attorney, PO Box 11754, Harrisburg, Pennsylvania 17108-1754 |
| 5107768 | | EDI: AIS.COM | Jul 15 2024 22:40:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | U.S. Bank National Association, as Indenture Trust |
| cr | *+ | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5084960 | * | Internal Revenue Service, PO Box 7346, Philadelphia, Pennsylvania 19101-7346 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| John Matthew Hyams | on behalf of Debtor 1 John A Semicek jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Linda L Semicek jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Karina Velter | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGEBACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE karina.velter@powerskirn.com, brausch@pincuslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: John A Semicek | Social Security number or ITIN: xxx–xx–2288 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Linda L Semicek | Social Security number or ITIN: xxx–xx–5848 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 4:18-bk-02960-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John A Semicek             Linda L Semicek

**By the court:**

7/15/24

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**