## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re: John A Semicek
    Linda Semicek

                                        Case No.:1-18-02960HWV

                                        Chapter 13

       **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Shellpoint |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 0697 |
| Property Address if applicable: | 271 West Mountain Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,520.18 |
| b. | Prepetition arrearages paid by the trustee: | $2,520.18 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $4,374.06 |
| f. | Postpetition arrearage paid by the trustee: | $4,374.06 |
| g. | Total b, d, and f: | $6,894.24 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from May 2019 through September 2023 | |
| Current monthly mortgage payment: | $751.47 |
| The next post-petition payment was due on: | October 2023 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating

whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated: July 18, 2024                                        Respectfully submitted,


                                                            /s/ Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                            Suite A, 8125 Adams Drive
                                                            Hummelstown, PA  17036
                                                            Phone:  (717) 566-6097
                                                            Fax:  (717) 566-8313
                                                            email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: John A Semicek
     Linda Semicek

                               Case No.:1-18-02960HWV

                               Chapter 13

          **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 18, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Hyams, Esquire
2023 N 2nd St
Suite 203
Harrisburg PA 17102

**Served by First Class Mail**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

John A Semicek
Linda Semicek
271 West Mountain Rd
Paxinos PA 17860

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 18, 2024                      /s/ Liz Joyce
                                             Office of the Standing Chapter 13 Trustee
                                             Jack N. Zaharopoulos
                                             Suite A, 8125 Adams Dr.
                                             Hummelstown, PA 17036
                                             Phone: (717) 566-6097
                                             email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02960    JOHN A SEMICEK

**GREGORY FUNDING, LLC**
PO BOX 742334

LOS ANGELES, CA  90074

**Acct No:** 6058

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  | Amt Sched: | $0.00 | Debt: | $40,255.12 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $751.47 | Paid: | $40,255.12 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|

**5010    GREGORY FUNDING, LLC**

| 501-0 | GREGORY FUNDING, LLC | | 10/18/2023 | 2029726 | $751.47 | $0.00 | $751.47 | 10/24/2023 |
| | Payment for 9/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 09/19/2023 | 2028729 | $751.47 | $0.00 | $751.47 | 09/25/2023 |
| | Payment for 8/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 08/09/2023 | 2027722 | $751.47 | $0.00 | $751.47 | 08/16/2023 |
| | Payment for 7/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026755 | $751.47 | $0.00 | $751.47 | 07/18/2023 |
| | Payment for 6/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 06/13/2023 | 2025837 | $751.47 | $0.00 | $751.47 | 06/20/2023 |
| | Payment for 5/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/18/2023 | 2023852 | $746.82 | $0.00 | $746.82 | 04/25/2023 |
| | Payment for 3/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 04/18/2023 | 2023852 | $746.82 | $0.00 | $746.82 | 04/25/2023 |
| | Payment for 4/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 02/15/2023 | 2021827 | $746.82 | $0.00 | $746.82 | 02/21/2023 |
| | Payment for 2/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 01/18/2023 | 2020834 | $746.82 | $0.00 | $746.82 | 01/23/2023 |
| | Payment for 12/2022 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 01/18/2023 | 2020834 | $746.82 | $0.00 | $746.82 | 01/23/2023 |
| | Payment for 1/2023 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 12/13/2022 | 2019846 | $746.82 | $0.00 | $746.82 | 12/19/2022 |
| | Payment for 11/2022 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 10/18/2022 | 2017831 | $746.82 | $0.00 | $746.82 | 10/24/2022 |
| | Payment for 10/2022 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 09/13/2022 | 2016793 | $746.82 | $0.00 | $746.82 | 09/19/2022 |
| | Payment for 9/2022 | | | | | | | |
| 501-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015750 | $746.82 | $0.00 | $746.82 | 08/22/2022 |
| | Payment for 7/2022 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015750 | $746.82 | $0.00 | $746.82 | 08/22/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | GREGORY FUNDING, LLC | | 07/13/2022 | 2014702 | $746.82 | $0.00 | $746.82 | 07/18/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | GREGORY FUNDING, LLC | | 06/14/2022 | 2013735 | $746.82 | $0.00 | $746.82 | 06/21/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | GREGORY FUNDING, LLC | | 05/17/2022 | 2012686 | $746.82 | $0.00 | $746.82 | 05/23/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | GREGORY FUNDING, LLC | | 03/16/2022 | 2010606 | $746.82 | $0.00 | $746.82 | 03/28/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | GREGORY FUNDING, LLC | | 03/16/2022 | 2010606 | $746.82 | $0.00 | $746.82 | 03/28/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008822 | $746.82 | $0.00 | $746.82 | 01/27/2022 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008822 | $746.82 | $0.00 | $746.82 | 01/27/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/15/2021 | 2007813 | $746.82 | $0.00 | $746.82 | 12/22/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005759 | $746.82 | $0.00 | $746.82 | 10/20/2021 |
| | | | | | | | Payment for 9/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005759 | $746.82 | $0.00 | $746.82 | 10/20/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003707 | $746.82 | $0.00 | $746.82 | 08/25/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003707 | $746.82 | $0.00 | $746.82 | 08/25/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001663 | $746.97 | $0.00 | $746.97 | 06/22/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000650 | $746.97 | $0.00 | $746.97 | 05/28/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229276 | $746.97 | $0.00 | $746.97 | 04/21/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/17/2021 | 1228258 | $746.97 | $0.00 | $746.97 | 03/24/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227243 | $746.97 | $0.00 | $746.97 | 02/24/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227243 | $746.97 | $0.00 | $746.97 | 02/24/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2021 | 1226222 | $746.97 | $0.00 | $746.97 | 01/29/2021 |
| | | | | | | | Payment for 12/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/10/2020 | 1224437 | $746.97 | $0.00 | $746.97 | 12/24/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/15/2020 | 1222671 | $746.97 | $0.00 | $746.97 | 10/27/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/17/2020 | 1221671 | $746.97 | $0.00 | $746.97 | 09/24/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/12/2020 | 1220611 | $746.97 | $0.00 | $746.97 | 08/20/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/12/2020 | 1220611 | $747.70 | $0.00 | $747.70 | 08/20/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/07/2020 | 1219572 | $747.70 | $0.00 | $747.70 | 07/17/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/02/2020 | 1218542 | $747.70 | $0.00 | $747.70 | 06/23/2020 |
| | | | | | | | Payment for 5/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/14/2020 | 1216540 | $747.70 | $0.00 | $747.70 | 04/22/2020 |
| | | | | | | | Payment for 4/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/12/2020 | 1215263 | $747.70 | $0.00 | $747.70 | 03/19/2020 |
| | | | | | | | Payment for 3/2020 | |
| 501-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/13/2020 | 1213943 | $747.70 | $0.00 | $747.70 | 02/20/2020 |
| | | | | | | | Payment for 2/2020 | |
| 501-0 | DITECH FINANCIAL LLC | | 01/16/2020 | 1212160 | $747.70 | $0.00 | $747.70 | 01/22/2020 |
| | | | | | | | Payment for 1/2020 | |
| 501-0 | DITECH FINANCIAL LLC | | 12/12/2019 | 1210772 | $747.70 | $0.00 | $747.70 | 12/18/2019 |
| | | | | | | | Payment for 12/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 11/07/2019 | 1209460 | $747.70 | $0.00 | $747.70 | 11/13/2019 |
| | | | | | | | Payment for 11/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 10/10/2019 | 1208435 | $747.70 | $0.00 | $747.70 | 10/16/2019 |
| | | | | | | | Payment for 10/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 09/26/2019 | 1207089 | $729.01 | $0.00 | $729.01 | 10/01/2019 |
| | | | | | | | Payment for 9/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 08/07/2019 | 1205678 | $729.01 | $0.00 | $729.01 | 08/13/2019 |
| | | | | | | | Payment for 8/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 07/11/2019 | 1204288 | $729.01 | $0.00 | $729.01 | 07/16/2019 |
| | | | | | | | Payment for 7/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 06/06/2019 | 1202926 | $729.01 | $0.00 | $729.01 | 06/11/2019 |
| | | | | | | | Payment for 6/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 05/09/2019 | 1201615 | $729.01 | $0.00 | $729.01 | 05/15/2019 |
| | | | | | | | Payment for 5/2019 | |
| 501-0 | DITECH FINANCIAL LLC | | 05/09/2019 | 1201615 | $729.01 | $0.00 | $729.01 | 05/15/2019 |
| | | | | | | | Payment for 4/2019 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub-totals: | $40,255.12 | $0.00 | $40,255.12 | |
| | | | | Grand Total: | $40,255.12 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-02960  JOHN A SEMICEK

SHELLPOINT MORTGAGE SERVICING  
PO BOX 10826  

GREENVILLE, SC  29603-

Acct No: 271 W Mountain Rd - POST-AI

Sequence: 24  
Modify:  
Filed Date:  
Hold Code:

|  |  | Debt: | $4,374.06 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $4,374.06 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 07/10/2024 | 2038443 | $166.85 | $0.00 | $166.85 | |
| 521-0 | GREGORY FUNDING, LLC | | 06/18/2024 | 2037311 | $166.81 | $0.00 | $166.81 | 06/25/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 05/22/2024 | 2036367 | $148.26 | $0.00 | $148.26 | 05/28/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 04/17/2024 | 2035373 | $74.13 | $0.00 | $74.13 | 04/26/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 03/14/2024 | 2034408 | $74.12 | $0.00 | $74.12 | 03/25/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 02/14/2024 | 2033447 | $74.14 | $0.00 | $74.14 | 02/23/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 12/19/2023 | 2031621 | $74.12 | $0.00 | $74.12 | 12/26/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 11/15/2023 | 2030675 | $512.75 | $0.00 | $512.75 | 11/21/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 10/18/2023 | 2029728 | $292.46 | $0.00 | $292.46 | 10/30/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 04/18/2023 | 2023854 | $89.00 | $0.00 | $89.00 | 04/25/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 02/15/2023 | 2021829 | $44.50 | $0.00 | $44.50 | 02/21/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 01/18/2023 | 2020836 | $133.51 | $0.00 | $133.51 | 01/23/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 10/18/2022 | 2017833 | $44.49 | $0.00 | $44.49 | 10/24/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 09/13/2022 | 2016794 | $72.93 | $0.00 | $72.93 | 09/19/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015752 | $250.91 | $0.00 | $250.91 | 08/22/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 03/16/2022 | 2010607 | $70.04 | $0.00 | $70.04 | 03/28/2022 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008823 | $105.07 | $0.00 | $105.07 | 01/27/2022 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005760 | $100.14 | $0.00 | $100.14 | 10/20/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003708 | $100.14 | $0.00 | $100.14 | 08/25/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001664 | $49.98 | $0.00 | $49.98 | 06/22/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000651 | $49.97 | $0.00 | $49.97 | 05/28/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229277 | $33.26 | $0.00 | $33.26 | 04/21/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/17/2021 | 1228259 | $33.26 | $0.00 | $33.26 | 03/24/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227244 | $133.03 | $0.00 | $133.03 | 02/24/2021 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/15/2020 | 1222672 | $33.26 | $0.00 | $33.26 | 10/27/2020 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/17/2020 | 1221672 | $27.69 | $0.00 | $27.69 | 09/25/2020 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/12/2020 | 1220612 | $109.36 | $0.00 | $109.36 | 08/20/2020 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/14/2020 | 1216541 | $45.61 | $0.00 | $45.61 | 04/22/2020 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/12/2020 | 1215264 | $45.61 | $0.00 | $45.61 | 03/19/2020 |
| 521-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/13/2020 | 1213944 | $45.61 | $0.00 | $45.61 | 02/20/2020 |
| 521-0 | DITECH FINANCIAL LLC | | 01/16/2020 | 1212161 | $45.61 | $0.00 | $45.61 | 01/23/2020 |
| 521-0 | DITECH FINANCIAL LLC | | 12/12/2019 | 1210773 | $45.61 | $0.00 | $45.61 | 12/19/2019 |
| 521-0 | DITECH FINANCIAL LLC | | 11/07/2019 | 1209461 | $45.61 | $0.00 | $45.61 | 11/13/2019 |
| 521-0 | DITECH FINANCIAL LLC | | 10/10/2019 | 1208436 | $138.75 | $0.00 | $138.75 | 10/18/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | DITECH FINANCIAL LLC | | 09/26/2019 | 1207090 | $897.47 | $0.00 | $897.47 | 10/02/2019 |

| | | | | Sub-totals: | $4,374.06 | $0.00 | $4,374.06 | |
| | | | | Grand Total: | $4,374.06 | $0.00 | | |

**Case:** 18-02960    **JOHN A SEMICEK**

**SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

Acct No: 271 W Mountain Rd - PRE-ARR

Sequence: 24
Modify:
Filed Date:
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $58,100.22 | Debt: $2,520.18 | Interest Paid: $0.00 |  |
| Amt Due: $0.00 | Paid: $2,520.18 | Accrued Int: $0.00 |  |
|  |  | Balance Due: $0.00 |  |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 07/10/2024 | 2038443 | $96.13 | $0.00 | $96.13 | |
| 520-0 | GREGORY FUNDING, LLC | | 06/18/2024 | 2037311 | $96.11 | $0.00 | $96.11 | 06/25/2024 |
| 520-0 | GREGORY FUNDING, LLC | | 05/22/2024 | 2036367 | $85.42 | $0.00 | $85.42 | 05/28/2024 |
| 520-0 | GREGORY FUNDING, LLC | | 04/17/2024 | 2035373 | $42.71 | $0.00 | $42.71 | 04/26/2024 |
| 520-0 | GREGORY FUNDING, LLC | | 03/14/2024 | 2034408 | $42.72 | $0.00 | $42.72 | 03/25/2024 |
| 520-0 | GREGORY FUNDING, LLC | | 02/14/2024 | 2033447 | $42.70 | $0.00 | $42.70 | 02/23/2024 |
| 520-0 | GREGORY FUNDING, LLC | | 12/19/2023 | 2031621 | $42.72 | $0.00 | $42.72 | 12/26/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 11/15/2023 | 2030675 | $295.42 | $0.00 | $295.42 | 11/21/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 10/18/2023 | 2029728 | $168.51 | $0.00 | $168.51 | 10/30/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 04/18/2023 | 2023854 | $51.28 | $0.00 | $51.28 | 04/25/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 02/15/2023 | 2021829 | $25.64 | $0.00 | $25.64 | 02/21/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 01/18/2023 | 2020836 | $76.91 | $0.00 | $76.91 | 01/23/2023 |
| 520-0 | GREGORY FUNDING, LLC | | 10/18/2022 | 2017833 | $25.65 | $0.00 | $25.65 | 10/24/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 09/13/2022 | 2016794 | $42.01 | $0.00 | $42.01 | 09/19/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015752 | $144.57 | $0.00 | $144.57 | 08/22/2022 |
| 520-0 | GREGORY FUNDING, LLC | | 03/16/2022 | 2010607 | $40.36 | $0.00 | $40.36 | 03/28/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008823 | $60.53 | $0.00 | $60.53 | 01/27/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005760 | $57.70 | $0.00 | $57.70 | 10/20/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003708 | $57.70 | $0.00 | $57.70 | 08/25/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001664 | $28.79 | $0.00 | $28.79 | 06/22/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000651 | $28.80 | $0.00 | $28.80 | 05/28/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229277 | $19.16 | $0.00 | $19.16 | 04/21/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/17/2021 | 1228259 | $19.16 | $0.00 | $19.16 | 03/24/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227244 | $76.65 | $0.00 | $76.65 | 02/24/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/15/2020 | 1222672 | $19.16 | $0.00 | $19.16 | 10/27/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/17/2020 | 1221672 | $15.95 | $0.00 | $15.95 | 09/25/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/12/2020 | 1220612 | $63.01 | $0.00 | $63.01 | 08/20/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/14/2020 | 1216541 | $26.28 | $0.00 | $26.28 | 04/22/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 03/12/2020 | 1215264 | $26.28 | $0.00 | $26.28 | 03/19/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/13/2020 | 1213944 | $26.28 | $0.00 | $26.28 | 02/20/2020 |
| 520-0 | DITECH FINANCIAL LLC | | 01/16/2020 | 1212161 | $26.28 | $0.00 | $26.28 | 01/23/2020 |
| 520-0 | DITECH FINANCIAL LLC | | 12/12/2019 | 1210773 | $26.28 | $0.00 | $26.28 | 12/19/2019 |
| 520-0 | DITECH FINANCIAL LLC | | 11/07/2019 | 1209461 | $26.28 | $0.00 | $26.28 | 11/13/2019 |
| 520-0 | DITECH FINANCIAL LLC | | 10/10/2019 | 1208436 | $79.94 | $0.00 | $79.94 | 10/18/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | DITECH FINANCIAL LLC | | 09/26/2019 | 1207090 | $517.09 | $0.00 | $517.09 | 10/02/2019 |

|  |  |  | Sub-totals: | $2,520.18 | $0.00 | $2,520.18 |
|---|---|---|---|---|---|---|
|  |  |  | Grand Total: | $2,520.18 | $0.00 |  |