| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | John A Semicek |
| Debtor 2 (Spouse, if filing) | Linda L Semicek |
| United States Bankruptcy Court for the: Middle District of | Pennsylvania (State) |
| Case number | 4:18-bk-02960-MJC |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1

**Court claim no. (if known):** 10-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6058

**Property address:**
271 W Mountain Road
Number   Street

Paxinos, PA 17860
City     State    ZIP Code

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is: $_____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: 08/01/2024
MM/DD/YYYY

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due: (a) $ 0.00
b. Total fees, charges, expenses, escrow, and costs outstanding +(b) $ 0.00
c. **Total.** Add lines a and b (c) $ 0.00

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on: _____
MM/DD/YYYY

| Debtor 1 | **John** | **A** | **Semicek** | Case number 4:18-bk-02960-MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Maria Tsagaris
Signature

Date: 08/08/2024

Print: Maria Tsagaris
First Name    Middle Name    Last Name

Title: Authorized Agent for the Creditor

Company: McCalla Raymer Leibert Pierce, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1544 Old Alabama Road
Number            Street

Roswell, GA 30076
City        State        Zip Code

Contact phone: 678-281-6532

Email: Maria.Tsagaris@mccalla.com

|  |  |  |
|---|---|---|
| In Re: John A Semicek | Bankruptcy Case No.: | 4:18-bk-02960-MJC |
| Linda L Semicek | Chapter: | 13 |
|  | Judge: | Honorable Mark J Conway |

CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

John A Semicek
271 West Mountain Road
Paxinos, PA 17860

Linda L Semicek
271 West Mountain Road
Paxinos, PA 17860

John Matthew Hyams  *(served via ECF Notification)*
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

Jack N Zaharopoulos, Trustee  *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee  *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: ___08/08/2024___  By:  ___/s/Maria Tsagaris_____
           (date)                          Maria Tsagaris,
                                        Authorized Agent for the Creditor